| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shaker Hauter** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–7963** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Southern District of New York** <br> Case number:  **18–11368–mkv** | | Date case filed for chapter **7   5/3/18** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case    12/17

**For the debtor(s) listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shaker Hauter | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2401 East Tremont Avenue <br> 3rd Floor <br> Bronx, NY 10461 | |
| 4. | **Debtor's attorney** <br> Name and address | David Brodman <br> Law Office of David Brodman <br> 633 Lydig Avenue <br> Bronx, NY 10462 | Contact phone (718) 239–7110 <br> Email: davesque@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Angela G. Tese–Milner <br> Law Offices of Angela Tese–Milner, Esq. <br> 735 Wickham Avenue <br> P.O. Box 35 <br> Mattituck, NY 11952 | Contact phone (212) 475–3673 <br> Email: atmtrustee@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**    page 1

Debtor **Shaker Hauter**                                                                                     Case number **18–11368–mkv**

| 6. **Bankruptcy clerk's office** | One Bowling Green<br>New York, NY 10004–1408 | Office Hours: Monday – Friday<br>8:30 AM – 5:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Clerk of the Bankruptcy Court:<br>Vito Genna | Contact phone 212–668–2870<br>Date: 5/4/18 |
| 7. **Meeting of creditors** | **June 11, 2018 at 10:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Debtor should bring this notice to the first meeting of creditors, together with any other documents requested by the trustee. | **Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/10/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Deadline for holder(s) of a claim secured by a security interest in the principal residence pursuant to Rule 3002(c)(7)(A): | **Filing deadline:** 70 days after the order for relief is entered. |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Debtors** | Duty to complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 423 (Certification About a Financial Management Course) must be filed within 60 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Certification About a Financial Management Course and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certification, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. | |

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 18-11368-mkv
Shaker Hauter                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: asharris           Page 1 of 2              Date Rcvd: May 04, 2018
                              Form ID: 309A            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db           +Shaker Hauter,    2401 East Tremont Avenue,    3rd Floor,    Bronx, NY 10461-2801
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg          +United States Attorney's Office,   Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7333943      +CASTLE REALTY ASSOC. LLC,    2123 WILLIAMSBRIDGE ROAD,    BRONX, NY 10461-1637
7333945      +CITICARDS CBNA,    CITICORP CREDIT SVC/CENTRALIZED BANKRUPT,    PO BOX 790040,
              SAINT LOUIS, MO 63179-0040
7333946      +CW NEXUS CREDIT CARD,    101 CROSSWAYS PARK DR W,    WOODBURY, NY 11797-2020
7333950     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court: FORSTER & GARBUS,    60 MOTOR PARKWAY,    COMMACK, NY 11725)
7333935      +PAYPAL CREDIT,    PO BOX 5138,    TIMONIUM, MD 21094-5138
7333966      +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: davesque@aol.com May 04 2018 19:43:32     David Brodman,
              Law Office of David Brodman,    633 Lydig Avenue,    Bronx, NY  10462
tr           +EDI: QATESEMILNER.COM May 04 2018 23:43:00      Angela G. Tese-Milner,
              Law Offices of Angela Tese-Milner, Esq.,    735 Wickham Avenue,    P.O. Box 35,
              Mattituck, NY 11952-0035
smg           E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 04 2018 19:44:04
              New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY  12205-0300
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 04 2018 19:43:39     United States Trustee,
              Office of the United States Trustee,    U.S. Federal Office Building,
              201 Varick Street, Room 1006,    New York, NY 10014-9449
7333937      +EDI: BANKAMER.COM May 04 2018 23:44:00      BANK OF AMERICA,    P.O. BOX 53137,
              PHOENIX, AZ 85072-3137
7333936      +EDI: BANKAMER.COM May 04 2018 23:44:00      BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,
              GREENSBORO, NC 27420-6012
7333938      +EDI: TSYS2.COM May 04 2018 23:43:00      BARCLAYS BANK DELAWARE,    100 S WEST ST,
              WILMINGTON, DE 19801-5015
7333941      +EDI: TSYS2.COM May 04 2018 23:43:00      BARCLAYS BANK DELAWARE,    125 S WEST STREET,
              WILMINGTON, DE 19801-5014
7333940       EDI: TSYS2.COM May 04 2018 23:43:00      BARCLAYS BANK DELAWARE,    PO BOX 8802,
              WILMINGTON, DE 19899-8802
7333939      +EDI: TSYS2.COM May 04 2018 23:43:00      BARCLAYS BANK DELAWARE,    PO BOX 8833,
              WILMINGTON, DE 19899-8833
7333942      +EDI: CAPITALONE.COM May 04 2018 23:44:00      CAPITAL ONE,
              ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
7333944      +EDI: CHASE.COM May 04 2018 23:48:00      CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,
              PO BOX 15298,    WILMINGTON, DE 19850-5298
7333947      +EDI: DISCOVER.COM May 04 2018 23:43:00      DISCOVER FINANCIAL,    PO BOX 3025,
              NEW ALBANY, OH 43054-3025
7333948      +EDI: TSYS2.COM May 04 2018 23:43:00      DSNB BLOOMINGDALES,    ATTN: BANKRUPTCY,    PO BOX 8053,
              MASON, OH 45040-8053
7333949      +EDI: BLUESTEM May 04 2018 23:44:00      FINGERHUT,    BANKRUPTCY DEPT,    6250 RIDGEWOOD RD,
              SAINT CLOUD, MN 56303-0820
7333933       EDI: IRS.COM May 04 2018 23:44:00      INTERNAL REVENUE SERVICE,    IRS INSOLVENCY GROUP 4,
              290 BROADWAY,    NEW YORK, NY 10007
7333951      +EDI: RMSC.COM May 04 2018 23:44:00      JC PENNEY,    PO BOX 981131,    EL PASO, TX 79998-1131
7333952       EDI: RMSC.COM May 04 2018 23:44:00      JC PENNEY,    PO BOX 981402,    EL PASO, TX 79998-1402
7333953      +EDI: MID8.COM May 04 2018 23:43:00      MIDLAND FUNDING,    ATTN: BANKRUPTCY,    PO BOX 939069,
              SAN DIEGO, CA 92193-9069
7333934       E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 04 2018 19:44:04
              NYS DEPT OF TAXATION & FINANCE,    TAX COMPLIANCE CENTRAL OFFICE,    W. A. HARRIMAN CAMPUS,
              ALBANY, NY 12227-0171
7333954       EDI: RMSC.COM May 04 2018 23:44:00      PC RICHARDS,    PO BOX 981127,    EL PASO, TX 79998-1127
7333955       EDI: RMSC.COM May 04 2018 23:44:00      PC RICHARDS,    PO BOX 981439,    EL PASO, TX 79998-1439
7333956       EDI: PRA.COM May 04 2018 23:43:00      PORTFOLIO RECOVERY,    PO BOX 41067,    NORFOLK, VA 23541
7333957      +EDI: DRIV.COM May 04 2018 23:43:00      SANTANDER CONSUMER USA,    5201 RUFE SNOW DRIVE,
              SUITE 400,    NORTH RICHLAND HILLS, TX 76180-6036
7333958      +EDI: RMSC.COM May 04 2018 23:44:00      SYNCB,    950 FORRER BLVD.,    DAYTON, OH 45420-1469
7333959      +EDI: RMSC.COM May 04 2018 23:44:00      SYNCB/PLCC,    ATTN: BANKRUPTCY,    PO BOX 965060,
              ORLANDO, FL 32896-5060
7333960      +EDI: RMSC.COM May 04 2018 23:44:00      SYNCB/TOYS R US,    ATTN: BANKRUPTCY,    PO BOX 965060,
              ORLANDO, FL 32896-5060
7333961      +EDI: RMSC.COM May 04 2018 23:44:00      SYNCHRONY BANK/ OLD NAVY,    ATTN: BANKRUPTCY,
              PO BOX 965060,    ORLANDO, FL 32896-5060
7333962      +EDI: RMSC.COM May 04 2018 23:44:00      SYNCHRONY BANK/AMAZON,    ATTN: BANKRUPTCY,
              PO BOX 965060,    ORLANDO, FL 32896-5060
7333963      +EDI: RMSC.COM May 04 2018 23:44:00      SYNCHRONY BANK/CARE CREDIT,    ATTN: BANKRUPTCY,
              PO BOX 965060,    ORLANDO, FL 32896-5060

```
District/off: 0208-1            User: asharris              Page 2 of 2                  Date Rcvd: May 04, 2018
                                Form ID: 309A               Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
7333964        +EDI: RMSC.COM May 04 2018 23:44:00      SYNCHRONY BANK/PAYPAL CR,    ATTN: BANKRUPTCY,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
7333965        +EDI: RMSC.COM May 04 2018 23:44:00      SYNCHRONY BANK/TJX,    ATTN: BANKRUPTCY,    PO BOX 965060,
                 ORLANDO, FL 32896-5060
7333967        +EDI: BLUESTEM May 04 2018 23:44:00      WEBBANK/GETTINGTON,    ATTN: BANKRUPTCY,
                 6250 RIDGEWOOD RD,   SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 33

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
```
              Angela G. Tese-Milner    atmtrustee@gmail.com, atesemilner@ecf.epiqsystems.com
              David   Brodman    on behalf of Debtor Shaker  Hauter
               davesque@aol.com;brodmandr69017@notify.bestcase.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
                                                                                              TOTAL: 3
```